# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KACEY LEWIS | : | CIVIL NO. 3:12CV1070 (JCH) |
| v. | : | |
| DR. MARK FRAYNE, ET AL. | : | MARCH 14, 2013 |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

The defendants hereby file their answer and affirmative defenses to the plaintiff's pro se complaint filed with the court on July 20, 2012.

1. Denied.

2. The defendants admit that defendant Frayne is a doctor assigned to the Northern Correctional Institution. The remaining allegations of the paragraph are denied.

3. The defendants admit that defendant Berger is a doctor. The remaining allegations of the paragraph are denied.

4. The defendants admit that defendant Gagne is a doctor assigned to the Northern Correctional Institution. The remaining allegations of the paragraph are denied.

5. The defendants admit that, on or about May 19, 2011, Dr. Frayne approached the plaintiff's cell and attempted to speak with him, and that later Dr. Frayne returned with Captain Cahill and Lt. Pafumi, and the plaintiff was escorted from his cell to another cell in the medical unit. The remaining allegations of the paragraph are denied.

6. Denied.

7. The defendants admit that, when plaintiff was admitted to the medical unit, he was deprived of his normal prison clothing and sharp objects, including writing implements, for a period of time. The remaining allegations of the paragraph are denied.

8. The defendants admit that, on or about May 31, 2011, Dr. Frayne provided notice to the plaintiff that a hearing would be held the next day to consider administration of involuntary medication. The remaining allegations of the paragraph are denied as incomplete and misleading.

9. Admitted.

10. The defendants admit that, on or around June 1, 2011, defendant Berger agreed that the plaintiff could be involuntarily medicated with psychotropic medications. The remaining allegations of the paragraph are denied.

11. The defendants admit that, on or around June 1, 2011, defendant Gagne ordered that the plaintiff be involuntarily medicated with psychotropic medication. The remaining allegations of the paragraph are denied.

12. The defendants admit that, on or after June 1, 2011, Dr. Gagne ordered the involuntary admission to the plaintiff of psychotropic medication by means of injection. The remaining allegations of the paragraph are denied.

13. The plaintiff is no longer incarcerated at Northern CI, and the defendants lack sufficient knowledge to admit or deny the allegations of this paragraph, leaving the plaintiff to his proof.

14. Denied.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's complaint fails to state a claim upon which relief can be granted and should be dismissed.

**SECOND AFFIRMATIVE DEFENSE**

The Plaintiff has failed to exhaust his administrative remedies.

**THIRD AFFIRMATIVE DEFENSE**

The defendants are entitled to qualified immunity.

        DEFENDANTS
        Dr. Mark Frayne, Et Al.,

        GEORGE JEPSEN
        ATTORNEY GENERAL

BY:_____/s/_____
    Terrence M. O'Neill
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct10835
    E-Mail:  terrence.oneill@ct.gov
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of March, 2013:

Kacey Lewis, #165480
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

                                                                                /s/
                                                        Terrence M. O'Neill
                                                        Assistant Attorney General