UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KACEY LEWIS : DOCKET #3:12-CV-1070-VLB

v.

DR. MARK FRAYNE, et al : JANUARY 27, 2017

## MOTION TO REOPEN CASE

THE PLAINTIFF KACEY LEWIS, PRO SE, HEREBY MOVES WITH A MOTION TO REOPEN THE COURT'S JANUARY 5, 2017 ORDER DISMISSING CASE. THIS MOTION IS TIMELY FILED BECAUSE IT IS FILED BEFORE FEBRUARY 9, 2017, AS REQUIRED BY THE COURT'S #224 ORDER.

## FACTS IN SUPPORT OF MOTION

ON JANUARY 3, 2017, AT AROUND 5:45 A.M., THE PLAINTIFF KACEY LEWIS REPORTED TO THE ADMISSION & PROCESSING AREA AT CORRIGAN CORRECTIONAL CENTER IN UNCASVILLE CONNECTICUT... TO BE TRANSPORTED TO THE U.S. DISTRICT COURT AT HARTFORD FOR THE COMMENCEMENT OF HIS TRIAL: LEWIS V. FRAYNE, et al # 3:12-CV-1070-VLB. AT THAT TIME, THE PLAINTIFF HAD BROUGHT WITH HIM FOUR (4) SATCHELS CONTAINING HIS TRIAL PREPARATION MATERIALS, INCLUDING THE EVIDENCE PLAINTIFF NEEDED TO ESTABLISH HIS CASE AND THE MATERIALS NEEDED TO CONDUCT THE ENTIRE TRIAL. ALSO, INCLUDED IN SATCHELS WAS PLAINTIFF'S EYEGLASSES PRESCRIBED TO ASSIST HIM WHEN READING. ("READING GLASSES"). AT AROUND 6:30 A.M., THE FOUR (4) SATCHELS CONTAINING THE PLAINTIFF'S TRIAL PREPARATION MATERIALS WERE LOADED ONTO A TRANSPORTATION VAN BY CORRECTIONAL OFFICER WITHERSPOON FROM THE STATE OF CONN. DEP'T OF CORRECTION.

ORAL ARGUMENT REQUESTED.
TESTIMONY IS REQUIRED.                    1

THE TRANSPORTATION VAN OPERATED BY OFFICER WITHERSPOON ARRIVED AT THE U.S. DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT AT 7:30 A.M. FOR UNKNOWN REASONS, THE COURT'S SECURITY PERSONNEL MADE THE PLAINTIFF AND THE TRANSPORTATION VAN WAIT PARKED OUTSIDE UNTIL 8:30 A.M.[1] THEREAFTER, THE PLAINTIFF WAS TAKEN BY A U.S. MARSHALL TO THE DISTRICT COURT'S CELL BLOCK. AT THAT TIME, THE PLAINTIFF HAD IN HIS POSSESSION, THE FOUR (4) SATCHELS CONTAINING HIS TRIAL PREPARATION MATERIALS AND HIS PRESCRIPTION READING GLASSES. AROUND ABOUT 8:50 A.M., THE PLAINTIFF WAS PERMITTED TO CHANGE INTO HIS CIVILIAN CLOTHING, AND THE JURY SELECTION PROCESS BEGAN. IN THE MIDDLE OF JURY SELECTION, THE PLAINTIFF LEARNED THAT OPPOSING COUNSEL TERRENCE M. O'NIELL AND PERSONS FROM THE CONNECTICUT DEPARTMENT OF CORRECTIONS HAD ARRANGED AND/OR AUTHORIZED FOR THE PLAINTIFF TO BE TRANSPORTED FROM THE U.S. DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT - TO - HARTFORD CORRECTIONAL CENTER, 177 WESTON STREET, HARTFORD, CT. THE PLAINTIFF OBJECTED TO THE TRANSFER ARRANGEMENT BASED, IN PART, ON THE FACT THAT HE STILL HAD DOCUMENTS STORED AT THE CORRIGAN ADMISSION & PROPERTY ROOM THAT HE NEEDED TO GATHER FOR USAGE AT TRIAL, AND THAT HE HAD WROTE PRISON STAFF AT CORRIGAN ON DECEMBER 7, 2016 REQUESTING TO ACCESS & RETRIEVE HIS LEGAL PAPERS FROM PROPERTY ROOM.[3] APPARENTLY, THE PLAINTIFF'S OBJECTION WENT UNHEARD. BECAUSE FOLLOWING THE

---

NOTE 1
  THE PLAINTIFF WAS IN FULL RESTRAINTS FOR A HOUR PARKED OUTSIDE THE COURT'S PARKING GARAGE. THE RESTRAINTS APPLIED TO PLAINTIFF INCLUDED SHACKLES, TETHER CHAIN, BELLY CHAIN, AND CLUB HANDCUFFS. THE COURT'S SECURITY PERSONELL OFFERED NO EXPLANATION WHY THE PLAINTIFF & HIS TRANSPORTATION VAN WAS MADE TO WAIT OUTSIDE FOR A HOUR.

SELECTION OF THE JURY, AND THE SUPPOSEDLY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE, CORRECTIONAL OFFICER WITHERSPOON DROVE THE PLAINTIFF DIRECTLY FROM THE DISTRICT COURT-TO- HARTFORD CORRECTION CENTER. THE TRANSPORATION VAN OPERATED BY CORRECTIONAL OFFICER WITHERSPOON ARRIVED AT HARTFORD CORRECTIONAL CENTER AROUND 6:30 P.M. ON JANUARY 3, 2017. AT THAT TIME, THE FOUR (4) SATCHELS CONTAINING THE PLAINTIFF'S TRIAL PREPARATION MATERIALS AND HIS READING GLASSES WERE CONFISCATED BY THE ADMISSION & PROCESSING OFFICER AT HARTFORD CORRECTIONAL CENTER.² ALSO CONFISCATED, WAS PLAINTIFF'S PROPERTY THAT WAS BROUGHT FROM CORRIGAN, CC- TO THE DISTRICT COURT, BY CORRECTIONAL OFFICER KUDZOI, ON JAN 3 2017 AROUND 5:00 P.M. THE PLAINTIFF ON JAN 3 2017, REQUESTED TO SPEAK TO A CUSTODY SUPERVISOR AT HARTFORD CORRECTIONAL CENTER, IN ORDER TO GAIN ACCESS TO HIS PROPERTY, TRIAL MATERIALS AND READING GLASSES. HE WAS NOT GIVEN ANY OF HIS PROPERTY. INSTEAD, HE WAS ORDERED TO REPORT TO HIS ASSIGNED CELL: CENTER 3 UNIT #12 CELL HARTFORD CORRECTIONAL CENTER, NOTWITHSTANDING THE CONNECTICUT DEPARTMENT OF CORRECTIONS WRITTEN POLICY: ADMINISTRATIVE DIRECTIVE - <u>INMATE PROPERTY</u> 6.10 SECTION 4 CLEARLY STATES, IN RELEVANT PART: " UPON ARRIVAL AT ANY FACILITY, EACH INMATE SHALL BE ALLOWED TO RETAIN PERSONAL PROPERTY..." THAT DID NOT HAPPEN. RATHER, THE PLAINTIFF'S PROPERTY, INCLUDING HIS TRIAL PREPARATION MATERIALS, READING

---

NOTE 3

 IT IS IMPORTANT TO NOTE THAT A MONTH BEFORE THE TRIAL, THE PLAINTIFF WROTE & SENT WRITTEN REQUESTS TO PROPERTY OFFICER KUDZOI AT CORRIGAN REQUESTING TO ACCESS & RETRIEVE HIS LEGAL PAPERS STORED IN CORRIGAN'S PROPERTY ROOM. THE REQUEST WAS IGNORED. BUT ON JAN 3 2017, OFFICER KUDZOI CURIOUSLY ARRANGED THAT PLAINTIFF'S LEGAL PAPERS TO BE SENT TO COURTHOUSE. BUT THE PLAINTIFF FILED A GRIEVANCE ON 12/29/16. PLAINTIFF WAS ALLOWED TO RETRIEVE HIS PAPERS ON JAN 23, 2017.

3

GLASSES AND HIS LEGAL DOCUMENTS WERE CONFISCATED AND RETAINED BY PRISON STAFF AT HARTFORD CORRECTIONAL CENTER;[2] WHILE THE PLAINTIFF WAS FORCED INTO A CELL TO STARE AT FOUR WALLS, AND THEN EXPECTED TO SHOW UP AT COURT TO CONDUCT HIS TRIAL. ON JANUARY 4, 2017, THE PLAINTIFF WROTE & SENT A WRITTEN REQUEST TO WARDEN AT HARTFORD CORRECTIONAL CENTER AGAIN REQUESTING IMMEDIATE ACCESS TO HIS TRIAL PREPARATION MATERIALS. PLAINTIFF ALSO WROTE & SENT A LETTER TO THE MEDIA REPORTING THE UNLAWFUL CONFISCATION OF HIS TRIAL MATERIALS. THE WARDEN NEVER RESPONDED TO THE PLAINTIFF'S JAN 4th 2017 REQUEST.

ON JANUARY 5, 2017, AT AROUND 6:50 A.M. THE PLAINTIFF KACEY LEWIS REPORTED TO THE ADMISSION & PROCESSING AREA AT HARTFORD CORRECTIONAL CENTER TO BE TRANSPORTED TO THE U.S. DISTRICT COURT; WHERE HE AGAIN REQUESTED TO BE ALLOWED TO GAIN ACCESS TO HIS TRIAL MATERIALS, READING GLASSES AND OTHER LEGAL PAPERS HE NEEDED FOR PRESENTING HIS CASE. PRISON OFFICIALS AT HARTFORD CORRECTIONAL CENTER DENIED PLAINTIFF'S REQUEST, HE WAS THEN SHACKLED AND CHAINED WITH BELLY CHAIN, BLACK BOX, HANDCUFFS, AND TETHER CHAIN AND TRANSPORTED FROM HARTFORD CORRECTIONAL CENTER-TO-U.S. DISTRICT COURT AT HARTFORD. THE TRANSPORTATION VAN OPERATED BY CORRECTIONAL OFFICER ARRIVED AT THE DISTRICT

---

NOTE 2.

PLAINTIFF DOES NOT RECALL THE NAME OF THE PROCESSING OFFICER AT HARTFORD CORRECTIONAL CENTER, BUT STATES THAT SAID OFFICER APPEARED TO BE A HISPANIC; A MALE, PROBABLY IN HIS EARLY 30'S. AROUND ABOUT 9:00 P.M. PLAINTIFF SPOKE TO A CUSTODY SUPERVISOR AT HARTFORD CORRECTIONAL CENTER CONCERNING GAINING ACCESS TO HIS TRIAL MATERIALS. LIEUTENANT "ARCHER". PLAINTIFF'S REQUEST WAS DENIED.

4

COURT AROUND 7:20 A.M. AROUND 8:00 A.M. THE PLAINTIFF WAS TAKEN BY A U.S. MARSHAL INSIDE THE COURTHOUSE. AT THAT TIME PLAINTIFF TOLD THE U.S. MARSHALL THAT HE WANTED TO SPEAK TO SOMEONE FROM THE FEDERAL BUREAU OF INVESTIGATION, BECAUSE THE STATE OF CONNECTICUT AND IT'S AGENTS FROM THE DEPARTMENT OF CORRECTIONS HAD CONFISCATED HIS TRIAL MATERIALS, IN OBSTUCTION OF JUSTICE. THE U.S. MARSHALL LEFT & THEN RETURNED WITH JUDGE BRYANT. THEN PLAINTIFF EXPLAINED TO JUDGE BRYANT THAT ALL OF HIS TRIAL PREPARATION MATERIALS HAD BEEN CONFISCATED, AND THAT HE COULD NOT PROCEED WITH HIS CASE. PLAINTIFF ALSO INFORMED JUDGE BRYANT THAT HE WANTED TO SPEAK TO THE F.B.I. TO REPORT THE CONFISCATION OF HIS TRIAL MATERIALS, WHICH HE BELIEVES TO BE AN OBSTUCTION OF JUSTICE. JUDGE BRYANT ASSURED THE PLAINTIFF THAT THE COLLOQUY HELD IN THE COURTHOUSE LOBBY ON JAN 5 2017 WAS RECORDED.

IT IS THE PLAINTIFF'S BELIEF, BASED ON HIS KNOWLEDGE AND INFORMATION, THAT THE UNEXPECTED--DISRUPTIVE TRANSFER IN THE MIDDLE OF JURY SELECTION, AND THE UNLAWFUL CONFISCATION OF HIS TRIAL MATERIALS, READING GLASSES, AND HIS PROPERTY WAS ORCHESTRATED BY OPPOSING COUNSEL: TERRENCE M. O'NEILL, IN CONCERT WITH PERSONS FROM THE DEPARTMENT OF CORRECTIONS, DESIGNED TO FRUSTRATE, THWART, OBSTRUCT AND/OR DEFEAT THE PLAINTIFF FROM PRESENTING HIS CASE TO THE JURY.[4] ALTOGETHER, THE STATE OF CONNECTICUT AND IT'S AGENTS

---

NOTE 4. IT SHOULD BE NOTED THAT AFTER THE PLAINTIFF TOLD JUDGE BRYANT THAT PRISON OFFICIALS CONFISCATED HIS TRIAL MATERIALS, PRISON STAFF AT HARTFORD CC, LIEUTENANT "PERKINS" PLACED PLAINTIFF IN A RESTRICTIVE HOUSING UNIT IN RETALIATION. HE WAS THEN TRANSFERRED TO CORRIGAN, AND HIS PROPERTY WAS WITHHELD UNTIL JAN 18, 2017.

effectively, but unlawfully, made it impossible for the plaintiff to proceed with his case. Indeed, the plaintiff's decision not to proceed on January 5, 2017, was not by his choice, but by **compulsion** of a well crafted tactic, executed by the State of Connecticut and it's agents, to completely disrupt the trial, by virtue of taking away every item the plaintiff needed to establish and present his case, including his eye glasses prescribed to him for reading. In the end, it cannot be said the plaintiff willingly -- or chose not to proceed with his trial. Quite to the contrary, the plaintiff did everything he could possibly do to prepare and proceed with his trial, notwithstanding, the State of Connecticut and it's agents at the Department of Corrections obstructed his every effort to proceed. The plaintiff respectfully submits that he cannot read without his prescribed reading glasses. Nor could he conduct a trial without his trial preparation materials. It stands to reason any litigant, even a seasoned lawyer, if faced with the same circumstances as the plaintiff's described above could not proceed to trial, and it is unlikely that any court acting reasonable would expect them to.

## CONCLUSION

Wherefore, and for the reasons set forth above, plaintiff Kacey Lewis urges this court to grant this motion and reopen this case. In support of this motion, the plaintiff submits the attached memorandum of law.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

*Kacey Lewis*
KACEY LEWIS, PRO SE
INMATE # 165480
CORRIGAN CORRECTIONAL CENTER
986 NORWICH-NEW LONDON TPKE.
UNCASVILLE, CT 06382

## VERIFICATION

I HAVE READ THE FOREGOING MOTION AND I HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE INFORMATION IN MY MOTION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

JAN 27 2017                     SIGNED *Kacey Lewis*
DATE                                    KACEY LEWIS

AFFIANT IS INCARCERATED
NO ACCESS TO PERSONS
AUTHORIZED TO TAKE OATHS.

## CERTIFICATION

IT IS HEREBY CERTIFIED THAT A COPY OF THE FOREGOING WAS MAILED THIS 27th DAY OF JANUARY, 2017, BY U.S. MAIL WITH POSTAGE PREPAID TO THE FOLLOWING COUNSEL OF RECORD:

TERRENCE M. O'NIELL
110 SHERMAN STREET
HARTFORD, CT 06105

*Kacey Lewis*
KACEY LEWIS